6-6-2022

Jill Edgett, President
Ron Fisher, Vice President

Met with Brian Kirk CEO to review his evaluation and self evaluation for his 6 month review due in May. Due to busy schedule and hospital business review was completed in June 2022.

In visiting with Brian it was discussed that he gave himself a perfect score in all areas of his evaluation. Asked him if he is perfect where will he go from here?

Discussion the contracts of the CFO &3 doctors. Did state that he was overheard in his office of stating that we did not need 3 doctors or babies. Told to shut the door with these conversations and we had worked hard to secure new Doctors and our plan is to keep them.

Visited about the sale of the "Silan" house.

Discussed that we have and probably always will offer free physicals to the schools. This is a community service that will probably continue.

Discussed the use of 2 lawyers John McClymont and Frankie Forbes. When we call on one, he usually called the other this being 2 bills. Discussed the billing of both and we are really getting a good rate from both by the National standard rate.



Things that were also brought up was the 340B program, and our contract with Moffets, medical staff relations with 3 doctors and 4 midlevels.

Brian discontinued the Leadership Culture program.

We discussed goals going forward. 1. To be here long term. 2. To bring the hospital budget back in the black.

Notes will be attached to Brian's evaluation dated May 13, 2022.

Jill Edgett

*Jill Edgett*

President Norton Co Hospital Board