**Norton County Hospital**
**Provider Recap & Summary**
**For FYE 6/30/2022**

| | COMP | Scheduled Patient Care Hours: | | | | | CME/Lunch | PTO/Holiday/Off | TOTAL Hours | Total RHC Visits |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | RHC Hours | IP/OB/Scopes | Nuc Med/NH | ER | Pt Care Hours | | | | |
| Joshua Gaede, MD | 415,000 | 742 | 197 | 19 | 54 | **1,012** | 184 | 650 | **1,846** | 1,949 |
| Miranda McKellar, MD | 415,000 | 848 | 124 | 48 | 62 | **1,082** | 225 | 546 | **1,853** | 1,952 |
| Theresia Neill, MD | 415,000 | 679 | 105 | 41 | 73 | **898** | 197 | 805 | **1,900** | 1,413 |
| Glenda Maurer, MD | 93,150 | | | | | | | | | 5,314 |
| SubTotal: | **1,338,150** | 2,269 | | | 2,080 Full Time Hours | | = 1.09 FTE | | | |
| | | | | | | | | | | |
| Kristin Vogel, PA | 192,962 | 855 | | | | | | | | 1,734 |
| Jonna Inman, APRN | 352,957 | 1,217 | | | | | | | | 3,293 |
| SubTotal: | 545,919 | | | | | | | | | 5,027 |