Hospital Board

Norton County Hospital

PO Box 250

Norton, Kansas 67654-0250

Norton, Kansas

Re: Brief Review **– Norton County Hospital**

Dear Board:

It was a great privilege to visit your hospital and community in the heartland of America. I observed that you have a great team at theis rural Critical Access Hospital and Rural Health Clinic.

All appear personally committed to successfully improving and maintaining the health of your community. My brief visit included a tour of the entire facility's clinical and support space as well as conferences with your key leaders.

Let me begin with a few observations based on my half century of consulting and managing health care organizations both large and small.

- The physical facility is well maintained and above average for Critical Access hospital/Rural Health Clinics in America.
- The Staff takes very apparent pride in the operation, cleanliness and responsiveness to patient needs.

- The Medical staff appears adequate and committed for the current and potential volumes.
- Like almost all small hospitals serving limited populations, financial considerations are among the highest hurdle.
- The financial categories of the patients are similar to those of other rural communities: Medicare (50%) Medicaid(25%), commercial insurance (15%) uninsured (10%).
- In addition, many uninsured are unable or unwilling to pay the high co-pay balances required.
- The short-fall from patients who do not pay has to come from some source.   By cost-shifting to paying patients, government funding, or donations .
- The average rural Kansas Critical Access Hospital loses has a negative operating margin primarily due to uninsured and indigent patients.

I have known your Chief Executive Officer, Mr. Brian Kirk for about 20 years  He is highly regarded and has been very successful in leading health care organizations both large and small.  Very few in our industry have his qualifications, knowledge and experience and consistent results.

The following are my recommendations based on my brief visit and follow-up conversations as well as my industry knowledge.

- Continue to strengthen and add networking with Kansas Area health organizations for purchasing and state-wide lobbying. Kansas is one of only about ten states who did not take the Medicaid expansion funds. This is costing Kansas Hospitals an estimated $500million annually and could potentially provide health coverage for 150,000 in Kansas (see attached).
- Accelerate Implementation of new advanced Electronic Medical Record Information System to improve patient communication and increase clinical throughput. Cerner based in Kansas City has an excellent reputation in similar communities throughout the region. Use alliances with other CAHs to get good price and implementation assistance. (This is already in process).
- Request community to support an increase in tax funding for Hospital to cover indigent healthcare. NCH's tax support is much less than other similar Kansas CAHs. Overall Kansas ranks 40th in public funding for healthcare.
- Currently, NCH has excellent primary physician clinical coverage including three family Practice MDs, one Physician Assistant. and one internal medical MD. Further a Nurse Practitioner provides full-time coverage in the Emergency Department. Family medicine rotates partial call coverage for ED.

Physician visits are averaging approximately _10-15__per clinical day…….compared to a national average of 18-20 patient encounters daily for FP physicians. In addition the fixed salary levels at $415,000 annually compare to national averages of $250,000 for FP physicians…..many Hospitals set a base salary with quarterly bonuses based on Relative Value Units (RVUs). The current levels of physician Compensation For FPs the current level of productivity **is not sustainable.**

**Further areas to consider focused efforts include:**

- Increased use of existing diagnostic facilities such as mammography, MRI and other imaging to early detect disease.
- Networking with School clinic nurses to create focus on childhood disease prevention.
- Add/Expand telemedicine services to include Physical medicine and Physician visits.
- Market to patients within 50 miles from surrounding areas focusing on annual wellness visits.
- Create a productivity grid report for both Physicians and Nurses. Uses RVUs for Physicians with national comparisons.
- Analyze how clinical space is being efficiently utilized to increase efficiency for Staff.

Many of these recommendations will be difficult to implement and will need to be phased in over several months.

Kansas has seen five rural hospital closures over last ten years. Beginning in 2023, Kansas CAH hospitals can elect to close impatient beds and be a designated **Rural Emergency Hospital** to reduce costs. However I believe that with continued community support and strong leadership from all, NCH will continue to be a beacon of healthcare in the Heartland of America while continuing inpatient care.

Please let me know if I can provide and further comment or explanation.

**William L. Bellenfant, LFACHE, MBA**