# Executive Summary

## Norton County Hospital

Medical Practice Advisors would like to thank hospital management, physicians, and clinic staff for allowing us to perform a practice assessment for the provider based primary care rural health clinic.

Today's medical practice is a complex business which must generate revenue to survive. The activities in each area of the clinic including front desk, clinical support staff, provider face to face encounters and the tasks of the billing service are all integral to the success of the operations of the clinic and cash flow.

In addition, the transition to value- based reimbursement will necessitate a complete transformation in the way care is delivered. To be successful in a new delivery model, practices must begin to consider strategies that enhance the patient experience, adopt an integrated approach to care, emphasize practice culture and team- based care, clearly define each members role, maximize efficiencies in the cost of care, and begin to track and report quality measures and patient outcomes.

Successful practices today are adopting more technology to help achieve greater efficiency of processes. Norton County Hospital currently is on the Centric software and is scheduled to convert to Cerner later this year. The functionality of Centric is limited. Providers likened the software to functioning like a word processing document. The ability for the practice to use newly designed patient engagement tools that make workflow efficient and cost effective is limited by Centric's enhancements to the software. There are manual tasks and work arounds and paper processes being done. Anytime a manual task and work arounds are performed, inefficiency occurs and cost increases.

The key areas reviewed for this assessment included front office workflow, clinical workflow, front end of revenue cycle, staffing and a financial analysis of staffing and practice productivity. In addition, we were asked to review provider productivity and contracts.

The following are our observations in the key areas reviewed.

### General Observations

1. There were overarching themes of concern to staff we interviewed. Insufficient communication, poor teamwork, inadequate training, little accountability, and lack of trust were expressed. The organization has been through several changes in the past couple of years. Staff turnover contributes to some of the concerns. Most all staff members expressed loving their jobs but had the sense some days of "walking on eggshells." Pleasant comments are exchanged between staff members only to find out

1

later there are negative comments being made behind closed doors. Activities such as this breed distrust for the organization as a whole and promulgate a toxic work environment. Adding to that distrust is a general sense that the Human Resource Staff at the hospital is partisan and ineffective. It was reported that staff reporting concerns to HR may experience negative consequence. This has caused employees to stop voicing concerns to avoid retribution for speaking to HR in the first place. The manager was described by some as "bullying" staff while others felt she is competently doing her job to implement change. Changing a negative practice culture takes open transparent communication, consistency, creating psychological safety, and time. Some steps to help begin the process include:

- Conduct staff surveys to determine the current state of the clinic culture.
- Discuss the results and brainstorm how to improve them.
- Define the organizations "North Star" (Mission, Vision, Values of the organization).
- Create a change team. A small group of clinic staff from each area to work on small improvements together.
- Implement monthly staff meetings with all employees and providers. These meeting need to be done consistently, working from an agenda. Welcome agenda items for discussion from everyone.
- Have morning huddles (Manager, front office, CNAs, & Nurses) this is a chance to encourage team communication. Employees have the right and the duty to suggest improvements in a safe environment.
- Focus on individual training and development to strengthen the team.
- Create a patient centered clinic vision.
- Provide additional training to the manager to become a mentor and leader.

2. The physicians feel some of the clinical support staff are not well trained. This causes provider concerns about the delivery of quality care. In the office the concern is nurses triaging patients and, in the hospital, the issue surrounds obstetric care. Recommendations include:
    - Use the best trained staff to educate and train others. Create a mentor team for training.
    - Get input from providers to create process guides.
    - Allow staff access to the on-line clinical support tools to help them learn.

3. There is a regulatory concern that needs to be addressed. The nurse practitioner stated she has written a Collaborative Practice Agreement, a document currently required for a nurse practitioner to practice until the law changes next year. However, she has not

2

been able to get the document signed by one or more physicians. If there are concerns with the document as written, we can supply a sample Collaborative Agreement to craft a new one.

4. A concern was voiced regarding a Dremel tool used for patient care. The one kept in a supply closet is missing. A second tool, perceived to be the property of the NPP, is kept in her office. It can be a point of conflict when that tool is used by others in the clinic.

    - Patient care should come first. It is not an issue of whose equipment it is. If there is a piece of equipment missing, it should be reported to management, and a replacement should be ordered.

## Front Office

Operations were observed in the front office at the clinic. There were two reception staff until one recently left. Now there is one receptionist who receives back-up from the CNA's. The functions performed by front office start the patient encounter, as well as initiate the revenue cycle. It is critical that all steps necessary to ensure clean claims and accurate payment be done correctly at check-in. The tasks include:

- Eligibility and verification of benefits
- Registration collection of demographics and insurance information
- Verifying insurance and policy coverage for each visit
- Check-in
- Collection of co-pays, co-insurance, deductibles, outstanding balances
- Financial counseling

Eligibility and verification of benefits is one of the most important tasks in the revenue cycle process but is not being done. After a discussion with your billing company, there are tasks not being done correctly at the front desk that are causing claim delays and/or denials. Insurance may be entered incorrectly; outstanding balances are not requested, and financial counseling is not being done. The reason for the inconsistency is lack of training and accountability. These front office processes require more than simply performing the functions. They start with a fundamental shift in practice culture and an understanding of the importance of the job function and how it affects the overall revenue stream. When staff understand WHY a function is important and how it affects processes downstream, they are more likely to perform the functions.

5. All calls for the clinic come into the front desk. If they are for an appointment the receptionist makes them. If they are for a nurse, she will transfer the call to the nurse

for that provider. She is also confirming next day's appointments for all five providers every day. Some days she receives back up help from the CNA's or the manager. There is one provider that makes scheduling difficult and will make negative comments to the receptionist about her ability to schedule. In fact, the provider will not address her by name, but calls her "that girl at the front." This causes the receptionist stress to the point that she would prefer to have her nurse do the scheduling. However, that would be inefficient. There are no complaints from any of the other providers. The manager may need to become involved to help the provider give straightforward directions on how appointments are scheduled. Additional recommendations for phones:

- Receptionist should include her name to every caller. For example: "Norton County Clinic, this is Susie speaking, how may I help you?" To improve patient satisfaction, staff accountability is important.
- Ensure that every patient on each provider's schedule is contacted for reminder calls. If unable to reach the patient, put a note in the system to show providers the attempt was made.
- Ask IT to set up a rotational calling so if the receptionist is on a call and another call comes in, that phone after three rings will go into the CNA station and ring.
- Provide phone and front office training to receptionist and back up staff to show the organizations investment in employee development. MPA can provide that training.
- Reception staff estimated fifty calls come into the front desk daily. Below is a grid showing national benchmarks for calls and other functions that can be managed by one reception staff per day.

| Employee Function | Per Day | Per Hour |
|---|---|---|
| Appointment scheduling | 75-125 | 11-18 |
| Appointment scheduling w/ financial clearance | 50-75 | 7-11 |
| Insurance Verification via website | | 20-30 |
| Insurance Verification via phone call | | 3-5 |
| Benefits eligibility via website | | 10-15 |
| Benefits eligibility by phone call | | 3-5 |
| Referrals (inbound and outbound) | 70-90 | 10-13 |

Based on these benchmarks, one receptionist with the occasional help from the CNA's as back up should be able to manage calls, appointments, messages, reminder calls, and checking eligibility and verification of benefits.

6. Insurance eligibility and verification of benefits is not done in the organization. The billing service reported errors causing claims to deny or be delayed as a result. The billing service mentioned they have experienced push-back when attempting to train

front line staff to perform this critical function. The billing service is investing time (which is a cost to the hospital) to fix demographic errors, checking insurance, etc.
- In today's complex reimbursement world, it is necessary check eligibility and verify benefits. Train the receptionist to do that critical function.
- Get online access to all three Medicaid MCO's, KMAP, C-SNAP for Medicare, and online access for BCBS, UHC, AETNA, and any other payers who have a presence in your area. Once you have made the switch to Cerner, the process should be automated.
- Another option is to enroll in Availity, if the hospital is not already enrolled, to check eligibility and verify benefits.
- The information provided by the payers will enable the receptionist to see if the patient is active, the amount of their co-pay or co-insurance is on certain services and will let the practice know if the deductible has been met. This information is critical to point of service collections. This training is not difficult but pays dividends when the function is done well.

7. Check-in is done at the front desk by reception staff. If there is a notation on the demographic screen that the patient has a co-pay, it is requested at check in. Other important best practices for check in include:
   - Verifying address and phone number. The receptionist is doing a good job of asking that information.
   - An encounter form is printed for each patient visit. We are unsure why the encounter form is printed because the billing service is using the same software the office is using. Encounter forms is a holdover from old paper process days. Even though the software is clunky, there should be no reason to print an encounter form. Providers are putting the CPT codes in the encounter along with a written diagnosis that the HIM department uses to assign diagnosis codes for the claims.
   - The receptionist is also printing a medication list for each patient. Again, the office is generating paper when the Aids can be verifying the medication list when they room the patients. Paper processes need to be minimized as much as possible.
   - Patient balances are not requested. As part of the eligibility and verification process, outstanding balances could also be checked, and payment requested at check in.
   - If the patient is self-pay or has a high deductible health plan, they may be asked to pay something at every visit. Some practices collect a "deposit" toward today's services. This is usually a flat fee set to something less than a visit charge

would be. The patient then receives a small bill after the claim is adjudicated rather than a bill for the full amount.
- Some practices have also made the decision to create credit card on file. This must be done with a PCI-DSS compliant vendor, so no information is stored on site. Claims are filed, and if a patient has a balance and has agreed to billing their credit card on file, that automatically occurs when the balance becomes patient responsibility. This could be a function you set up in conjunction with your conversion to Cerner. It helps decrease patient responsible balances and reduces the number of patient statements which reduces cost.

8. The check-out process for some of the providers is a piece of paper indicating the follow up appointment handed to the receptionist by the patient at check-out. Better workflow for re-appointments will be discussed in the clinical workflow section.

## Revenue Cycle

9. The revenue cycle back-end processes are being done by NI-2, a billing company. They were previously successful in training both clinic and hospital staff on front end processes for efficiency. However, they mentioned many of those processes were reversed when the CFO came on board over a year ago. This was a setback for the entire process. Manual processes, or no processes at all, takes time for the billing company to fix demographic issues, deal with insurance verification problems, and fix coding errors. The billing company produces an issues log that is sent to various staff members, the clinic manager, HIM, or medical records. Some issues have been on the log for months. This helps explain why the accounts receivable over 90 days is 44.42% of total A/R. The MGMA benchmark is 20% or less. The billing company issues include:

   - Incorrect demographic information
   - Insurance not active- policy changes
   - Putting in group numbers not individual ID numbers
   - Subscriber information missing
   - ICD-10 codes are mostly unspecified. The HIM department is assigning diagnosis codes, but there is no certified coder in that department.
   - Errors with sequencing diagnosis codes
   - No modifiers are appended
   - **Knowing what services can be billed. Example An AWV & Chronic follow up can both be paid when done at the same encounter. This is a missed revenue opportunity.**
   - DME was reported to be given away. Education on obtaining a DME number for Medicare and correct billing needs to be done.

6

All the issues above will cause claims to deny or be delayed. There seems to be a significant training gap that needs to be fixed to reduce the errors. Learning how to do these functions correctly before your conversion to Cerner will make the conversion much smoother.

### Clinical Workflow

10. There are currently four CNA's and four nurses (two RN's and 2 LPN's) to support five providers. One of the Aids works three days per week, and one leaves at 3:00 each day. Other than that, they all work a full 5 days per week. Nurses also work 5 days even when their provider is out.

    CNA's have a good working relationship. They back each other up, they are willing to help at the front desk and will do whatever they are asked to do or can do within their scope of practice and ability.

    Nurses on the other hand are all doing the same functions for their respective providers which is duplicative work. Two of the three even expressed missing the opportunity for direct patient care.

    CNA's
    - Each of the four CNA's complained the NPP's are rude to the Aid staff. They are belittled in front of patients and criticized often; even the Aids that work directly with those providers. Recently one of the CNA's was criticized to tears and had made the decision to quit. However, one of the physicians saw what transpired and encouraged her to say. The culture of negative behavior is pervasive in this clinic. There has been turnover in the Aid position, which will just continue until the problem is addressed and the behavior changes.
    - As mentioned earlier, the office for the Aids is near the front desk, quite a distance from the exam rooms. All four are constantly running from the front of the clinic to get a patient, room the patient in the back, and then back to the front. Consider staff assignments that would place two Aids in the clinical space (Back office) during patient contact hours, and two located in the front area (Front office). The workflow would be an Aid in the front will escort the patient to the clinical room area where the back-end Aid would take over, room the patient, take vitals, reconcile medications, get all history elements, and prepare the patient for the provider. They would then stay in the back area to be readily available for anything the providers would need. When a patient is done, they can go in the room and be a "visit closer" allowing the provider to move on to the next patient room. The closer will review the instructions with the patient to be sure they understand what next steps are. For example, "your prescription has been sent to the pharmacy electronically, remember to…. And let's go ahead and make your return appointment in 3 months". The Aid would then schedule the appointment and send the patient toward the exit in front. Clean the room

7

- and be ready for the next patient. The front Aid would have escorted the next patient.
- The Aids could rotate doing front end and back-end work. Since they often pinch hit for different providers, this should not be a disruption to the providers as they will all become cross trained to provider preferences.
- Front end aids can be doing chart prep for all providers for the following day, help back up the front desk, do the waived lab tests as necessary, check on incoming and outgoing faxes, mail lab results to patients, etc. Splitting the aids to perform front end and back-end functions will ensure providers always have clinical support staff nearby and not everyone is doing the same duplicative work. This is the essence of team-based care.

### Nurses

- The goal is to support and empower staff to work at the top of their licensure and ability. There are things nurses are doing that can be done by the Aids. For example, checking outdated sample medications can be done by the Front-End Aids. Ordering lab supplies is another function that does not require a nurse. Another task nurses are doing is setting up appointments at the nursing homes. Aids could also be doing that work.
- Each one of the nurses reports receiving refill requests. From other discussions with staff in the clinic, patients are supposed to call their pharmacy first and if the pharmacy is out of refills the patients need to be seen for an appointment. This is a patient education point. If the "visit closer" is adopted, the patient can be reminded about how the refill process works, and to teach them to take ownership of the refill process and their need for follow up appointments. One nurse says she gets fifty calls per day, but the front desk says a total of fifty calls per day are coming into the clinic. The numbers simply do not make sense. The point is patients need to be educated and follow the protocol for refills.
- Processing prior authorizations for medications and procedures is a universal problem for all medical practices. While on site someone mentioned the possibility of centralizing the function of prior authorizations and referrals to the hospital. That would free up nursing staff for other duties.
- The physicians and nurses both mentioned they are not comfortable with nursing's triage skills. There are online software tools like the hospital and ER have that can be used for Triage. One I am familiar with is called *Triage Logic*. Explore the option for a triage software to take the guesswork out of the triage process.
- As previously mentioned, nurses are bogged down by long hold times on the phone for prior authorizations or pre-certs. With all three engaging in the same job functions, there are times none are available to help with procedures, or to

administer shots. An incident was reported a couple of weeks ago when a patient presented for an allergy shot. The patient was roomed, the nurse was informed and 45 minutes later the patient was still in the exam room. No one had come in to give the patient his injection.

To avoid those lengthy wait time the recommendation is to have specific duties assigned to nursing staff. Again, implementing a team-based care model.

- One nurse would be phone triage and take patient calls for the day. That individual could also be working faxes, mailing results, check messages, handling refills.
- Another nurse can be calling patients on their labs, referrals to other providers, scheduling procedures (colonoscopies, etc.)
- Another nurse could be engaging in revenue generating functions. You currently out-source chronic care management to Care Harmony. You have the bandwidth and expertise to bring that in house and receive all the revenue for that function. Currently Care Harmony takes up an office and receives a portion of the reimbursement for those services.
- The fourth nurse should sit in the Aid station and be readily available to give injections, run lab tests, help providers with procedures that Aids cannot do, and provide patient education. That nurse can also do quite a bit of the pre-work for the Medicare Annual Wellness Visits. In a rural health clinic, the physician must see the patient for an AWV, but a nurse could provide much of the reconciliation and history required. That nurse could also be generating reports from the software to identify patients who are due to their Annual Wellness Visits. It is worthy to note that an AWV can be done at the same time as a checkup for chronic conditions. The practice receives their AIR rate and an additional sum on top of that for the AWV. A nurse can play an integral part in prepping visits for physicians to efficiently provide both at the same encounter.
- The nursing rotation will be dependent upon centralizing the referral and prior auth functions to someone else.

### Providers

The practice welcomed the addition of three new physicians eighteen months ago. At the time there was one part time physician and the two long term NPP's. One an APRN, the other a PA. The relationships between the three doctors and the NPP's has been strained from the start. Staff report having heard one NPP speaking negatively about the physicians to patients in the community. Community members had been leery of the new physicians, as prior to their coming, there was a revolving door of providers through the hospital. Trust has been an issue. However, as patients have experienced

9

care with the physicians, and have seen them set down roots in the community, they are being welcomed and accepted.

- From the outset, physicians set their appointment templates to 20- and 40-minute appointments. Appointments early on were set to 40 minutes. The reason behind those longer appointments is that patients have been receiving care from NPP's for so long this was an opportunity to provide thorough chronic care visits with patient education. It has taken the physicians time to learn patients behaviors and lifestyles. Having longer appointments has resulted in the community receiving care from physicians that is meeting the CMS triple aim. As physicians are getting to know these patients better, the appoints are lowered to 20-minute visits which allow for more encounters per day.
- It was interesting to see that providers do not start seeing patients until 9:00 on most days. Most clinics start seeing patients at 8:00. There is an obvious need for physicians to see more patients. There is pent up demand, physicians are building their panels to a sustainable level, and it helps to satisfy their contractual obligation for a minimum of thirty-six contact hours per week. Physicians are open to starting at 8:00 or 8:20 and lengthening their days to take the last appointment at 4:20 or 4:40 depending on the appointment type. This should allow them to see an additional four or five patients per day. If they were to do that consistently, an additional $500,000 revenue is possible.
- All providers made the decision in April to make one of their clinic days an "acute day." This is intended to accommodate all patients who call and want or need to be seen. This will significantly reduce the community complaints that patients can "never get in for an appointment." So far, the early data is showing an increase in monthly patient encounters. It will be important to track monthly encounters by provider going forward to realize the impact. Also closely watch patient satisfaction surveys to assess the impact of this change. From a financial perspective, this will add revenue to the clinic bottom line.
- As stated previously, no chart prep is done by clinical support staff prior to visits. This causes physicians more time with patients as they must hunt down test results etc. Adopting the nursing strategy outlined above will benefit physician workflow and allow them to be more productive.
- Physicians have worked to build both the OB program and the Well Child program since coming on board. These programs had not been in place for a long time before the physicians came to the community. The doctors desire is to continue to build these programs and be known as a center of excellence in the area. The time and effort spent on building these two lines of business will benefit both the physicians and the hospital long term.
- There is an issue between physicians and NPP's related to standards of practice. Although physicians do not feel patients are at risk, they would prefer the NPPs

adopt certain new patient care protocols, however, the NPP's are perceived to be resistant.

### NPP's

- The non- physician practitioners shared concerns about the lack of intra-office communication. They feel they are the last to know what is going on. This should be rectified by the monthly staff meetings and daily huddles which providers should participate in.
- There has been an erosion of trust over the last two years between the NPP's and the administrative staff of the clinic. Again, the only way to mend the trust gap is with intentional respectful communication and inclusion from both sides.

### Benchmarking

There were data elements reviewed for this assessment. Practice data was compared to MGMA for family practice with OB, rural health clinics. The data elements related to the APRN, and PA are also family practice data without OB as they are not involved in the OB care of patients. A staff comparison was also done using family practice with OB per FTE provider.

**Staffing Comparison per FTE provider (all five providers)**

| Position | MGMA | Norton Clinic | Total At Norton |
|---|---|---|---|
| Front Office Support | 1.93 | .20 | 1.0 |
| RN's | 0 | .4 | 2.0 |
| LPN's | 1.16 | .4 | 2.0 |
| Aids | 1.74 | .8 | 4.0 |

The staffing for the clinic is sufficient to support your five providers. The data shows MGMA rural health clinics have no RN's but use LPN's and Aids. That is a product of the labor pool in rural communities. That said, you could certainly be using one of your RN's for revenue generating opportunities as previously mentioned. Because clinic encounters are fewer, the Aids back up the front desk as does the manager, indicating your staffing is right sized at this time. As the clinic grows and your new physician comes in September, consider adding Aids rather than nursing staff. If you centralized referrals and prior authorizations to the hospital, there should be adequate clinical support staff to manage all providers.

Annual Encounter Comparison to MGMA for Rural Health Clinics 2022 Compensation Report

| Encounters | MGMA Data 2022 | Norton County Clinic |
|---|---|---|
| Gaede | 3543 | 2065 |
| McKellar | 3543 | 1904 |
| Neill | 3543 | 1712 |
| Jonna | 2619 | 4015 |
| Kristin | 2946 | 1795 |

For physicians, the encounters are short by 1478 annually. Increasing the number of patients seen per day by four per provider will lessen the gap down to 710 patients. By increasing the number of patients seen on acute days by a total of 15 per month (increase of 4 more patients per acute day) will put the physicians at median encounters for rural health.

The APRN is at the 90th percentile in encounters but the PA is only slightly above the 10th percentile in encounters.

**Work RVU Comparison**

| Work RVU's | MGMA WRVU | Norton County Clinic |
|---|---|---|
| Gaede | 4293 | 3650 |
| McKellar | 4293 | 3253 |
| Neill | 4293 | 2654 |
| Jonna | 3254 | 6097 |
| Kristin | 3443 | 2891 |

A work RVU comparison was done using MGMA benchmarks and Norton County data for comparison. Medical clinic work RVU's were used for this comparison annualized for 2022. Physicians are less than MGMA median wRVU's. The APRN is well above and the PA is also below median for a rural health clinic. Increasing physician encounters and accurate coding and documentation will support higher work RVU's going forward. It may be beneficial to provide a review of the documentation guidelines for accurate code assignments to all providers.

**Provider Compensation**

| Compensation | MGMA Median | Norton County Clinic |
|---|---|---|
| Gaede | $259,787 | $385,000 |
| McKellar | $259,787 | $385,000 |
| Neill | $259,787 | $385,000 |
| Jonna | $115,308 | $350,000** |
| Kristin | $128,000 | $250,000** |

Provider compensation for Norton has base salary just below the 90th percentile for MGMA. The median MGMA 90th percentile for 2022 is $392,955. Physician loan forgiveness was not factored into the compensation for this comparison, as loan forgiveness is not included in the MGMA data; it is salary and benefits only. Loan forgiveness is typically included to a new physician as part of the package regardless of the compensation. This comparison shows physicians are compensated $125,213 higher than the MGMA median. The compensation for the APRN I $234,692 above MGMA median, and the PA salary is $122,000 above the MGMA median. Their current salaries are qualified with ** as specific data was not provided.

Implementing revenue producing strategies will close that gap for physicians. The gap for NPP's will be more difficult to close with only an increase in patient volume. Offering a new reasonable compensation contract to NPP's coupled with a change in volume would help close their gap.

13