# NORTON COUNTY HOSPITAL

## Employee Grievance Form

### Employee Information

| | | | |
|---|---|---|---|
| Employee Name: | Brian Kirk | Date: | 10/5/22 |
| Department: | Administration | Job Title: | CEO |
| Supervisor: | NCH Board of Trustees | | |

**Submission Instructions:** Complete this form and return to your supervisor, Human Resources, or Administration. If Supervisor receives this form and the grievance does not relate to their own department staff, forward form to Human Resources or Administration.

### Details of Grievance

Date, time, and place of event leading to grievance:

My grievance is from the Special Board Meeting called on Tuesday, October 4, 2022 and the events and circumstances leading up to that event.

Please state policies, procedures, or guidelines that you feel have been violated:

**Stark Fraud & Abuse:** Paying doctors for inpatient admissions and ancillary revenues generated as evidenced by:
- At the Board meeting on September 21, 2022 Avery Aiken, when reporting to the Board, indicated that our Norton Medical Clinic & hospital are doing fine financially and that all of their salaries should not be allocated to the clinic, because we are paying them for hospital inpatient and ancillary revenues they produce.
- In a follow-up meeting with Avery Aiken, myself, Compliance Officer, and HR Director the next day to address the Stark Fraud and Abuse concern, Avery said our legal counsel should have nothing to do with this and that it is not a fraud and abuse issue. She stated that since none of the doctors have ownership of our hospital, lab, or radiology department therefore it is not Fraud and our doctors can be paid whatever desired.
- At our last Executive Committee meeting with myself, Jill Edgett, Ron Fisher, Corey Roy, Dr. Gaede, Dr. McKellar, and Dr. Neill the doctors asserted that they were indeed being paid for hospital inpatient and ancillary services. They corroborated many of the things I had presented and assured the Executive Committee in writing, that the payments made to them were offset by cash collections by over $1,493,518 which includes clinic and hospital cash collections.

Please see Attached Exhibit 1: Demonstrating doctors are being paid for IP & Ancillary Revenues
- NCH is paying significantly more than FMV on the doctors employment agreement. They are off the charts of the Kansas Hospital Association physician salary survey that NCH participates in each year.
- According to MGMA productivity standards our three doctors are in the bottom quartile on productivity.
- The physician employment agreements Exhibit B Article 7 reference "Student Loan Repayment Stipends" at $30,000 per year for four years totaling $120,000 each. The document goes on to say that, "Physician may use the Student Loan Repayment stipends for other expenses and purposes, in the Physician's sole discretion." There is not record of NCH checking for student loan repayments and under the circumstances are not 'student loan repayments.' It appears to be simply additional compensation with no explanation.

Please see Attached Exhibit 2: Demonstrating the estimated $1.7M Subsidy
- For Calendar year 2021, our two advanced practice providers saw more patients 5,810 than all three doctors 5,681.

Please see Attached Exhibit 3: Physician Productivity vs. Compensation for calendar year ended 12/31/2021

**Hostile Work Environment:**
- On Thursday, September 29th, Jill requested to meet with me in my office. During that meeting she stated, "If we (the Board) have to choose between 100 angry community members and you, you're on the short end of that stick." She further stated that she was calling a special board meeting to determine facts from fiction with me.
- I requested to meet with Jill on Friday, September 23rd as we were having our Community Town Hall meeting and I wanted to be sure we were on the same page. She refused. UNTIL THURSDAY 9/28.
- On Friday, September 29th, Jill stripped away my check signing authority that has always been granted

File Name: Employee Grievance Form CEO

to NCH CEO. She informed me that she and Ron would sign the checks and I was not to touch them. This was taken as another threat that I would not be working here much longer and my duties are already being taken away.
- I assert once again that I have never advised that we need to get rid of any doctors. In an email, Jill disagrees with me. I did say 2 midlevels produce more. I did say we are hemorrhaging cash in our clinic. I said the total clinic volume produced for FYE 6/30/22 of 11,131 according to CMS guidelines that minimum productivity could be handled by 2 doctors and one APP. The answer is see more patients. I never said get rid of any doctors.

Please see Exhibit 4: Email exchange with Jill agreeing to disagree that I was advising or saying or endorsing getting rid of any doctors.

- The Board asked me, CEO to hold a "Community Town Hall" which I asked our Community Relations Director to assist with the communications and live streaming the meeting. I did not ask her to run the meeting or build the agenda. I already had an agenda based on my instructions with the Board. The meeting was my responsibility and I attempted to modify the agenda and was overruled by Jill.

Please see Exhibit 5:

Jill and Klare Bliss called a Department manager meeting on Friday, September 9th while I was out of town at the Kansas Hospital Association meeting. This was done without my knowledge or input. I was informed by an email from Klare Bliss, along with all other managers and directors. This was a violation of our chain of command. It created division within NCH employees.

NOT FOLLOWING NCH EMPLOYEE GRIEVANCE POLICIES:
- Jill Edgett, president, accepts as gospel complaints from employees without requesting them in writing and without any investigation.
- The Senior Team of NCH consists of the top 5 positions in our CAH including: CEO, CFO, Director of Nursing, Director of Human Resources, and Risk Manager. The Board refuses to listen to any of them on any of the verbal allegations against me.

Your suggestion for solution to this grievance:

My suggestion for solution of this grievance is to provide me with a four year non-cancellable employment agreement with no cancellation by either party. If the Board chooses to terminate my services, they will need to pay out the entire four years. All of our four doctors have four year terms in their original agreements and the new productivity based agreements have four year term. This will mitigate the hostile workforce environment and allow me to finish my board assigned directive to return NCH to profit. We also need to stop paying our doctors for inpatient admissions and ancillary revenues. I have followed the Board's directives throughout my tenure. The doctors have initiated a malicious, slanderous, campaign alleging they are being run out of town, when in fact it is they who are attempting to run me out of town. The doctors have been offered productivity contracts to keep them out of jail from Stark Fraud and abuse perspective and to prevent the hospital from running out of cash due to their heavy subsidies. It seems our Board has bought in to the lies and are repeatedly threatening me, my job, and my career. I am trying to avoid large fines & possible prison terms for both the doctors and the hospital and in response I am in a hostile work environment with threats to my employment. I have successfully achieved all duties assigned and clearly do not have the Board's support.

**Grievance Submission and Receipt**

*By signing this form, you are filing a grievance and any information on this form is truthful. You also understand that this will be investigated with appropriate personnel with direct relation to the grievance.*

| Employee Signature | Date |
|---|---|
| First Rough Draft to NCH Board of Trustees via Email | 10/5/2022 |
| Received by | Date |

File Name: Employee Grievance Form CEO