FW: Stark Fraud and Abuse Concerns

Brian Kirk <bkirk@ntcohosp.com>

Thu 3/23/2023 4:20 PM

To:briantkirk@hotmail.com <briantkirk@hotmail.com>

📎 24 attachments (345 KB)

att06850.htm; att18686.htm; att14077.htm; att29209.htm; att09192.htm; att19907.htm; att06217.htm; att03749.htm; att24372.htm; att29259.htm; 20220831190603339.pdf; att02989.htm; Physician Compensation Recap.pdf; att25798.htm; image002.jpg; image003.jpg; image004.jpg; image005.jpg; image001.png; image001.png; image002.jpg; image003.jpg; image004.jpg; image005.jpg;

**From:** Jenny Braun <jenbraun5@icloud.com>
**Sent:** Friday, September 30, 2022 5:46 PM
**To:** Brian Kirk <bkirk@ntcohosp.com>
**Cc:** Corey Roy (croy@usd211.org) <croy@usd211.org>; James Moreau <jmoreau@cityofnorton.com>; Jean Ann Wilson <grannywilson64@gmail.com>; Jill Diane Edgett <jill.diane55@gmail.com>; Randa Vollertsen <rsvpt@ruraltel.net>; Ron Fisher <rfisher@ruraltel.net>
**Subject:** Re: Stark Fraud and Abuse Concerns

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

There are so many comments in this email than are inappropriate. As a Board Member I am having serious concerns of the display of narcissism, reports of hostile actions and the confusion spread in what to me appears as distraction tactics. I will be reaching out for the appropriate actions to proceed with.
Sent from my iPhone

> On Sep 30, 2022, at 10:20 AM, Brian Kirk <bkirk@ntcohosp.com> wrote:
>
> Dear Board of Trustees,
>
> It appears NCH is paying three of our doctors for inpatient admissions as well as lab, radiology, and other ancillary revenues. I say that based on the following:
>
> 1. As you heard at our last Board meeting on September 21, 2022 Avery Aiken, NCH Medical Clinic Manager stated that we are not just paying our doctors for clinic services, we are paying them for inpatient admissions and all the spin off revenue they generate for NCH, and we are making good money and everything is fine.
>
> 2. At our last Executive Committee with our three doctors, Dr. Gaede reported to us in writing that NCH was making a profit on their services because they were being paid less than the revenues they generated, including inpatient and ancillary revenues by more than $1.5 Million. I have attached his written report for the benefit of the entire Board. This could be considered a 'smoking gun' proving NCH is indeed paying our doctors for IP & ancillary services as confirmed by our Chief of Staff with ratios and calculations.

3. Perhaps that is why the previous administrator, Gina Frack, inexplicably changed legal counsel from our great local and healthcare specialist attorneys, Frankie Forbes & John McClymont, who have supported NCH over the past decades, to someone else?

4. Yesterday in a meeting called by our NCH Compliance Officer with our Human Resource Director and I, Avery Aiken, NCH Medical Clinic Manager, when it was explained that what she stated in our Board Meeting was a significant Stark fraud and abuse concern, she flat refuted the concern saying that we can pay our doctors for IP and ancillary revenues they produce. She went on to explain that since none of our doctors own our lab or our hospital, they can be paid for whatever she wants. She further stated something to the effect that our legal counsel had no part in our compliance program.

5. Perhaps that is why the Exhibit B of our physician contracts, article **7. "Student Loan Repayment Stipends"** are not really student loan repayments totaling $120,000 due to the statement in the paragraph that says: *"If physician does not have any such education-related expenses, Physician may use the Student Loan Repayment Stipends for other expenses and purposes, in Physician's sole discretion."* I can find no evidence in the files to suggest whether student loan documentation was ever even requested. The payments are simply being made as outlined in the agreement. In addition, they were also paid $40,000 signing bonuses on completion of the contracts.

6. This might explain the huge personal subsidies for the physicians which I've shared previously and attached again for your ease of reference. By these estimates, since they have been here our doctors have been compensated considerably more than they have produced in the clinic. Please see "Physician Compensation Recap.pdf" attached.

7. Our physicians are off the charts above the KHA annual physician compensation surveys. According to MGMA productivity data our doctors are in the bottom quartile.

8. It seems this problem is further compounded due to the fact that on our cost report, a waiver has been granted and CMS seems to be funding these payments. Please see the comment from our cost report preparer, which I have shared before:

Ken,

There isn't a set penalty, it depends on the actual versus standard visit calculation. For instance, last year total provider visits were 10,159 while the minimum visits calculated would have been 14,931. If you would have not had the productivity exception it would have decreased reimbursement by approximately $389,000.

Let me know if you have other questions.

Thank you!

**Casey McMillian, CPA**
Director | BKD

*Confidentiality Statement:*
*The information transmitted by the following email is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, dissemination, or other*

*use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability.  If you received this communication in error, please contact us immediately and delete this message from your system.*